O

[Certificate of service stamp: "I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE. DATED: 10-21-14" signed by Deputy Clerk]

[Filed stamp: "FILED CLERK, U.S. DISTRICT COURT OCT 21 2014 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY"]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ESTRADA BOUCHE´, <br><br> Petitioner, <br><br> vs. <br><br> DAVID B. LONG, Warden, <br><br> Respondent. | Case No. CV 14-4060-CJC (RNB) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED Judgment be entered summarily dismissing this action without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: October 20, 2014

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE