I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-21-14

DEPUTY CLERK

JS-6
Entered
FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ESTRADA BOUCHE´, | Case No. CV 14-4060-CJC (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DAVID B. LONG, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: October 20, 2014

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE